IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Amanda D. Danuski,
Debtor

Case No. 1-19-bk-05163-HWV
Chapter 13

**AMENDED ORDER APPROVING THE PAYMENT OF COUNSEL FEES TO CGA LAW FIRM AS A CHAPTER 13 ADMINISTRATIVE EXPENSES TO CORRECT TYPO THE AMOUNT THE TRUSTEE IS TO PAY**

UPON CONSIDERATION OF a review of the application filed by Brent C. Diefenderfer, Esquire, counsel for the above Debtors, and upon a review of the record revealing that Notice was given to all creditors and other parties in interest and no objections have been received within the twenty (21) day notice period, it is hereby

ORDERED that counsel fees for the period of time beginning July 21, 2020, through July 28, 2021, in the amount of $1,915.50 for legal services rendered by said counsel to the Debtor; and for reimbursement to said counsel for out-of-pocket expenses incurred from July 21, 2020, through July 28, 2021, in the amount of $29.90 for a total award of $1,945.40 are hereby approved for services rendered and expenses incurred by CGA Law Firm as a Chapter 13 Administrative Expense. It is further

ORDERED that after receipt of $1,850.00 from the Debtors, and $5,262.50 previously received from the Chapter 13 Trustee, the Standing Chapter 13 Trustee is directed to pay $1,945.40.

It is further Ordered that to the extent that the approval of these fees underfund the Chapter 13 Plan, the Chapter 13 Trustee is directed to pay to the CGA Law Firm the amount available within the current Plan to the funding limit, with the unpaid balance either to be paid outside of the Plan or to be paid in the plan if an amended plan is requested and approved. In

that event, the unpaid attorney's fees are not discharged, but will survive the Discharge of the Debtor(s) Chapter 13 case.