IN UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                            :       CHAPTER: 13

AMANDA D DANUSKI,             :       CASE NO. 1:19-bk-05163-HWV

                   Debtor(s).

## APPLICATION REQUESTING REDACTION OF PERSONAL INFORMATION

Applicant[1] hereby states that the following document(s) contain personally identifiable information as defined in Fed. R. Bankr. P. 9037 and requests that these document(s) be redacted pursuant to Local Rule 9037-1:

       Proof of Claim No. 1      Attachment No. 1      filed on December 6, 2019

I am:

       ☒      including the redaction fee.
       ☐      requesting waiver of the redaction fee on the grounds that: N/A.

I understand that I must serve a copy of this application on the debtor, any individual whose personal identifiers have been exposed, the case trustee (if any), and the United States trustee. I must file proof of service of this application with the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 27, 2022                        By: /s/ Jeanine Peterson
                                                                      Ascendium Education Solutions, Inc.
                                                                      Jeanine Peterson, Bankruptcy Filings Lead

---

[1] "Applicant" is Ascendium Education Solutions, Inc., successor in interest to Great Lakes Higher Education Corporation, Northwest Education Loan Association, and United Student Aid Funds.

1

26975890.2

# CERTIFICATE OF SERVICE

On May 27, 2022, a copy of the foregoing Application Requesting Redaction of Personal Information was provided to the following parties via the court's CM/ECF electronic notification system: debtor's counsel, creditors' counsel, the case trustee, and D. Troy Sellars, Assistant U.S. Trustee.

Before the date of this filing, between May 26, 2022, and May 27, 2022, the debtor(s) were served via U.S. First Class Mail, postage prepaid:

>  Amanda D Danuski
>  3000 Barley Circle
>  Dover, PA 17315

>  /s/ Jeanine Peterson
>  Jeanine Peterson, Bankruptcy Filings Lead
>  Ascendium Education Solutions, Inc.

| From: | web@pamb.uscourts.gov on behalf of PAMB Web |
|---|---|
| To: | PAMBml_fax |
| Subject: | EDSS filing from Jeanine Peterson for Amanda Danuski on Friday, May 27, 2022 - 12:54 |
| Date: | Friday, May 27, 2022 12:54:49 PM |

Submitted on Friday, May 27, 2022 - 12:54
Submitted by user: Anonymous
Submitted values are:

Filer's Name: Jeanine Peterson
Debtor's name (if different): Amanda Danuski
Filer's EMail Address: JPeterson@AscendiumEducation.org
Filer's Phone Number: 18008748982
Case number (if known): 19-05163
  ==Documents==
  Document 1:

http://www.pamb.uscourts.gov/system/files/webform/edss/19-05163%20Application%20with%20COS.pdf
    Document description: Application Requesting Redaction of
    Personal Information
     ==More Documents==
      Document 2:


http://www.pamb.uscourts.gov/system/files/webform/edss/19-05163%20Replacement%20document%20POC%20R.pdf
        Document 2 description: Proposed Redacted POC document
        Document 3:


http://www.pamb.uscourts.gov/system/files/webform/edss/19-05163%20Replacement%20document%20Exhibit%20R.pdf
        Document 3 description: Proposed Redacted Exhibit document
        Document 4:
        Document 4 description:
        Document 5:
        Document 5 description:



By entering my name in the box below, I affirm that I am intending to sign
this form with my signature and consent to use this electronic form.: Jeanine
Peterson

Case 1:19-bk-05163-HWV    Doc 66    Filed 05/27/22    Entered 05/27/22 14:07:24    Desc
                    Main Document     Page 3 of 3