**Fill in this information to identify the case:**

Debtor 1: AMANDA D DANUSKI

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Middle District of Pennsylvania

Case number: 19-05163

FILED    Harrisburg, PA.
May 27, 2022
Clerk, U.S. Bankruptcy Court

Official Form 410

# Proof of Claim 04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

1. **Who is the current creditor?**
   Ascendium Education Solutions, Inc
   Name of the current creditor (the person or entity to be paid for this claim)
   Other names the creditor used with the debtor _____

2. **Has this claim been acquired from someone else?**
   ☑ No
   ☐ Yes. From whom? _____

3. **Where should notices and payments to the creditor be sent?**
   Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

   Where should notices to the creditor be sent?
   Ascendium Education Solutions, Inc
   Name
   PO Box 8961
   Number  Street
   Madison    WI    53708
   City       State  ZIP Code
   Contact phone 800-874-8982
   Contact email GA-Bankmail@AscendiumEducation.org

   Where should payments to the creditor be sent? (if different)
   Ascendium Education Solutions, Inc
   Name
   PO Box 809142
   Number  Street
   Chicago    IL    60680
   City       State  ZIP Code
   Contact phone 800-874-8982
   Contact email GA-Bankmail@AscendiumEducation.org

   Uniform claim identifier for electronic payments in chapter 13 (if you use one):
   __ __ __ __ — __ __ __ __ — __ __ __ __ — __ __ __ __

4. **Does this claim amend one already filed?**
   ☑ No
   ☐ Yes. Claim number on court claims registry (if known) _____ Filed on ___/___/_____
                                                                        MM / DD / YYYY

5. **Do you know if anyone else has filed a proof of claim for this claim?**
   ☑ No
   ☐ Yes. Who made the earlier filing? _____

## Part 2: Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**
☐ No
☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: __0__ __3__ __2__ __3__

**7. How much is the claim?** $ _____70,700.08_____ . Does this amount include interest or other charges?
☐ No
☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**
Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
Limit disclosing information that is entitled to privacy, such as health care information.

Guaranteed Student Loans

**9. Is all or part of the claim secured?**
☑ No
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**
☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:** _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $ _____
**Amount of the claim that is secured:** $ _____

**Amount of the claim that is unsecured:** $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $ _____

**Annual Interest Rate** (when case was filed) _____ %
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**
☑ No
☐ Yes. Amount necessary to cure any default as of the date of the petition. $ _____

**11. Is this claim subject to a right of setoff?**
☑ No
☐ Yes. Identify the property: _____

12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No
☐ Yes. Check one:

Amount entitled to priority

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). $_____

☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). $_____

☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). $_____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). $_____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). $_____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. $_____

* Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☐ I am the creditor.
☑ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date 12/06/2019
MM / DD / YYYY

/s/ Linda S Bitz
Signature

Print the name of the person who is completing and signing this claim:

Name: Linda S Bitz
First name   Middle name   Last name

Title: Bankruptcy Filings Specialist 2

Company: Ascendium Education Solutions, Inc
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: PO Box 8961
Number   Street
Madison   WI   53708
City   State   ZIP Code

Contact phone: 800-874-8982   Email: GA-Bankmail@AscendiumEducation.org

```
12-06-19 11:27                    Default Summary                       GWIN114A A
Monetary Data                                                           Page  1
Borr Acct Id        0323 3 Guar Nr 755 Name DANUSKI, AMANDA D
Coll Id Nr            00000   PTP Coll Id Nr      00000 PTP Dt
Orig Dflt Dt       09-18-17   Prin Pd Fed          0.00 Last Pmt At    10,833.87
Last Dflt Dt       09-18-17   Prin Unpd Fed   54,331.41 Last Pmt Dt     09-18-17
PIF Dt                        Prin Pd Guar         0.00 Last Pmt Type Cd      NP
Cons Int Pt            7.14   Prin Unpd Guar       0.00 Mo Pmt At           0.00
                              P/I Pd Fed           0.00 Rtrn Chk Qy            0
Clm Type Cd              01   P/I Unpd Fed         0.00 Coll Agency Nr       041
Clm Prin Pd       40,885.13   P/I Pd Guar          0.00 Bkrpt Dis Dt
Clm Int Pd        11,816.31   P/I Unpd Guar        0.00 Prin Dis At         0.00
Lgl Fee Pd             0.00   Acc Thru Dt      09-18-17 Prin Dis Pd         0.00
LglFee Unpd            0.00   A/I Pd Fed           0.00 P/I Dis At          0.00
Oth Fee Pd             0.00   A/I Unpd Fed         0.00 P/I Dis Pd          0.00
OthFee Unpd            0.00   A/I Pd Guar          0.00 A/I Dis At          0.00
NonReim Fee            0.00   A/I Unpd Guar        0.00 A/I Dis Pd          0.00
RptTotFeePd            0.00   Prin Ncol Fed        0.00 Int Ncol Fd         0.00
AWG Status                    Prin Ncol Guar       0.00 Int Ncol Gr         0.00
PayoffColFee       7,782.36   Stoff Fee Pd         0.00 RptStFeeUpd         0.00
                              Stoff Fee Unpd       0.00 RptLgFeeUpd         0.00
Payoff At         70,700.08 As Of 12 05 19              RptOtFeeUpd         0.00
ENTER NEW PAYOFF DATE TO RECALCULATE PAYOFF AMT, PF12 PAGE FORWARD, PF22=EDGAR
A DEMO AND/OR LOAN HOLD EXISTS FOR THIS ACCOUNT
4-© §        A    Sess-1    172.27.64.65            TCPS0872        #§3/15
```

Name: dahmen - Date: 12/6/2019 Time: 11:27:46 AM

**Ascendium Education Solutions, Inc.**
**PO Box 8961**
**Madison WI  53708-8961**

| | | |
|---|---|---|
| **SS #** | | 0323 |
| **Name** | | AMANDA D DANUSKI |

| | | |
|---|---|---|
| 1a | Principal Due | 54,331.41 |
| 2 | Interest Due | 8,586.31 |
| 3 | Collection Fees Due | 7,782.36 |
| **4** | **Proof of Claim Amt** | **70,700.08** |

Principal Calculation

| | | |
|---|---|---|
| 1 | Prin Unpd Fed | 54,331.41 |
| 1 | Prin Unpd Guar | 0.00 |
| 1a | **Principal Due** | **54,331.41** |

Interest Calculation

| | | |
|---|---|---|
| 4 | Payoff At (as of bankruptcy file date) | 70,700.08 |
| **3** | **Payoff Coll Fee (Collection Fees Due)** | **7,782.36** |
| 1a | Principal Due | 54,331.41 |
| **2** | **Interest Due** | **8,586.31** |

Application Dates
1    7/12/2007
2    7/13/2007
3    11/28/2007
4    8/8/2008
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20

# Federal Family Education Loan Program (FFELP)
## Federal Stafford Loan Master Promissory Note

WARNING: Any person who knowingly makes a false statement or misrepresentation on this form is subject to penalties which may include fines, imprisonment, or both, under the United States Criminal Code and 20 U.S.C. 1097.

Guarantor, Program, or Lender Identification


GREAT LAKES
EDUCATIONAL LOAN SERVICES, INC.



OMB No. 1845-0006
Form approved
Exp. date 2-29-2008

### Borrower Information
*Please print neatly or type. Read the instructions carefully.*

1. Last Name: DANUSKI  First Name: AMANDA  MI:
2. Social Security Number: ____0323
3. Permanent Street Address (If P.O. Box, see instructions.): [redacted]
4. Home Area Code/Telephone Number: [redacted]
5. Date of Birth (Month/Day/Year): [redacted]
6. Lender Name: CITIBANK N.A.  City: ROCHESTER  State: NY  Zip Code: 14692-2943
9. Lender Code, if known: 824756

10. References: You must provide two separate references with different U.S. addresses. The first reference should be a parent (if living) or legal guardian. Both references must be completed in full.

    Name — A. [redacted]
    Permanent Address
    City, State, Zip Code
    E-mail Address
    Area Code/Telephone Number
    Relationship to Borrower

11. **Requested Loan Amount:** I request a total amount of subsidized and unsubsidized loans under this Master Promissory Note not to exceed the allowable maximums under the Higher Education Act. My school will notify me of the type(s) and amount(s) of loan(s) that I am eligible to receive. I may cancel my loan or request a lower amount by contacting my lender or school. Additional information about my right to cancel a loan or request a lower amount is included in the Borrower's Rights and Responsibilities Statement and Disclosure Statements that have been or will be provided to me.

12. **Interest Payments (Optional):**
    ☐ I want to pay unsubsidized interest while I am in school.

### Borrower Certifications and Authorizations
*Read carefully before signing below.*

13. Under penalty of perjury I certify that:
    A. The information I have provided on this Master Promissory Note and as updated by me from time to time is true, complete, and correct to the best of my knowledge and belief and is made in good faith.
    B. I will immediately repay any loan proceeds that cannot be attributed to educational expenses for attendance on at least a half-time basis at the school that certified my loan eligibility.
    C. (i) I do not now owe an overpayment on a Federal Pell Grant, Supplemental Educational Opportunity Grant, or a Leveraging Educational Assistance Partnership Grant (formerly State Student Incentive Grant); or, if I owe an overpayment, I have made repayment arrangements with the holder to repay the amount owed. (ii) I am not now in default on any loan received under the Federal Perkins Loan Program (including NDSL loans), the Federal Direct Loan Program, or the Federal Family Education Loan Program ("FFELP" as defined in the Borrower's Rights and Responsibilities Statement); or (iii) I am in default on a loan, and I have made satisfactory arrangements with the holder of the defaulted loan.

14. For all subsidized and unsubsidized Federal Stafford Loans (as described in the additional MPN provisions and the Borrower's Rights and Responsibilities Statement) I receive under this Master Promissory Note, and for certain other loans as described below, I make the following authorizations:
    A. I authorize my school to certify my eligibility for loans under this Master Promissory Note.
    B. I authorize my school to transfer loan proceeds received by electronic funds transfer (EFT) or master check to my student account.
    C. I authorize my school to pay to the lender any refund that may be due up to the full amount of the loan(s).
    D. I authorize the lender, the guarantor, or their agents, to investigate my credit record and report information concerning my loan status to persons and organizations permitted by law to receive such information.
    E. I request and authorize my lender to: (i) during the in-school and grace periods of any loans made under this Master Promissory Note, defer and align the repayment of principal on all of my FFELP loans that are in repayment status; and (ii) add unpaid interest that accrues on all my FFELP loans to the principal balance of such loans ("capitalization") including such loans made under this Master Promissory Note, during forbearance periods, and for unsubsidized loans, during in-school, grace, and deferment periods as provided under the Act. "Capitalization" will increase the principal balance on my loans and the total amount of interest charges I must pay.
    F. I authorize the release of information pertinent to my loans: (i) by the school, the lender, and the guarantor, or their agents, to the references on the applicable loans and to members of my immediate family unless I submit written directions otherwise; and, (ii) by and among my schools, lenders, guarantors, the Department of Education, and their agents.
    G. So that the loans requested can be approved, I authorize the Department of Education to send any information about me that is under its control, including information from the Free Application for Federal Student Aid, to the school, the lender, and to state agencies and nonprofit organizations that administer financial aid programs under the FFELP.

### Promise to Pay
*In this Master Promissory Note (MPN), "lender" refers to, and this MPN benefits, the original lender and its successors and assigns, including any subsequent holder of this MPN.*

15. I promise to pay to the order of the lender all loan amounts disbursed under the terms of this MPN, plus interest and other charges and fees that may become due as provided in this MPN. I understand that multiple loans may be made to me under this MPN. I understand that by accepting any disbursements issued at any time under this MPN, I agree to repay the loans. I understand that, within certain time frames, I may cancel or reduce the amount of any loan by refusing to accept or by returning all or a portion of any disbursement that is issued. Unless I make interest payments, interest that accrues on my unsubsidized loans during in-school, grace, and deferment periods will be added as provided under the Act to the principal balance of such loans. If I do not make any payment on any loan made under this MPN when it is due, I will also pay reasonable collection costs, including but not limited to attorney's fees, court costs, and other fees. I will not sign this MPN before reading the entire MPN, even if I am told not to read it, or told that I am not required to read it. I am entitled to an exact copy of this MPN and the Borrower's Rights and Responsibilities Statement. My signature certifies I have read, understand, and agree to the terms and conditions of this MPN, including the Borrower Certifications and Authorizations printed above, the Notice About Subsequent Loans Made Under This MPN, and the Borrower's Rights and Responsibilities Statement.

**I UNDERSTAND THAT I MAY RECEIVE ONE OR MORE LOANS UNDER THIS MPN, AND THAT I MUST REPAY ALL LOANS THAT I RECEIVE UNDER THIS MPN.**

16. Borrower's Signature: *Amanda Danus* (signature)
17. Today's Date (Month/Day/Year): 7/1/07

2764B (05/06)
FGL4AA
LENDER COPY A
*Additional MPN provisions follow*

# Federal Family Education Loan Program (FFELP)
# Federal PLUS Loan
# Application and Master Promissory Note

**WARNING:** Any person who knowingly makes a false statement or misrepresentation on this form is subject to penalties which may include fines, imprisonment, or both, under the United States Criminal Code and 20 U.S.C. 1097.

Guarantor, Program, or Lender Identification


GREAT LAKES

OMB No.1845-0069
Form approved
Exp. date 03/31/2008

## Borrower (Parent) Section
*Please print neatly in ink or type. Read the instructions carefully.*

| 1. Last Name | First Name | MI | 2. Social Security Number |
|---|---|---|---|
| DANUSKI | AMANDA | D | 0323 |

3. Permanent Street Address (If P.O. Box, see instructions.)

4. Home Area Code/Telephone Number

| 9. Lender Name | City | State | Zip Code | 10. Lender Code, if known |
|---|---|---|---|---|
| CITIBANK N.A. | ROCHESTER | NY | 14692-2943 | 824756 |

11. Employer (Name, Address, City, State, Zip)

12. Employer Telephone Number

13. Borrower References: You must provide two separate references with different U.S. addresses who have known you for at least three years. Both references must be completed in full. Do not list the the student as a reference.

- Name
- Permanent Address
- City, State, Zip Code
- E-mail Address
- Area Code/Telephone Number
- Relationship to Borrower

## Student Information Section

## Borrower Request, Certifications, and Authorizations
*Read carefully before signing below.*

**17. Requested Loan Amount:** This is an Application and Master Promissory Note (hereafter, "MPN") for one or more Federal PLUS Loans. I request a Federal PLUS Loan under this MPN in an amount not to exceed the annual cost of attendance for the student identified in the Student Information Section of this MPN, minus other financial aid that the student receives each academic year. For each loan, the school will notify me of the loan amount that I am eligible to receive. I may cancel my loan or request a lower amount by contacting my lender or the school. Additional information about my right to cancel a loan or request a lower amount is included in the Borrower's Rights and Responsibilities Statement and disclosure statements that have been or will be provided to me. If I have an adverse credit history and obtain an endorser to receive a PLUS Loan, only one loan may be made to me under this MPN.

**18.** Under penalty of perjury, I certify for any loan I receive under this MPN that:
A. The information I have provided on this MPN and as updated by me from time to time is true, complete, and correct to the best of my knowledge and belief and is made in good faith.
B. I am: (i) the biological or adoptive parent; or (ii) the spouse of a parent and my income and assets were reported on the Free Application for Federal Student Aid (FAFSA) or would be reported if a FAFSA were filed.
C. Loan proceeds will be used for authorized educational costs incurred by the dependent student named in the Student Information Section and that I will immediately repay any loan proceeds that cannot be attributed to educational costs for attendance on at least a half-time basis at the school that certified my loan eligibility.
D. (i) I do not now owe an overpayment on a Federal Pell Grant, Federal Supplemental Educational Opportunity Grant, or Leveraging Educational Assistance Partnership Grant (formerly State Student Incentive Grant); or, if I owe an overpayment, I have made repayment arrangements with the holder to repay the amount owed. (ii) I am not now in default on any loan received under the Federal Perkins Loan Program (including NDSL loans), the Federal Direct Loan Program, or the Federal Family Education Loan Program ("FFELP" as defined in the Borrower's Rights and Responsibilities Statement); or I am in default on a loan and I have made satisfactory payment arrangements with the holder of the defaulted loan.

**19.** For all Federal PLUS Loans (as described in the additional MPN provisions and the Borrower's Rights and Responsibilities Statement) I receive under this MPN, and for certain other loans as described below, I make the following authorizations:
A. I authorize the school to certify my eligibility for Federal PLUS Loans under this MPN.
B. I authorize the lender, the guarantor, or their agents, to investigate my credit record and report information concerning my loan status to persons and organizations permitted by law to receive such information.
C. I authorize the school to pay to the lender any refund that may be due up to the full amount of the loan(s).
D. I authorize the school to transfer loan proceeds received by electronic funds transfer (EFT) or master check to my dependent student's account at the school.
E. I may tell my lender that I want to pay the interest that accrues. However, in all cases, unless I pay the interest, my lender will add the unpaid interest that accrues during forbearance and deferment and other periods on each PLUS Loan made under this MPN to the principal balance of that loan ("capitalization") as provided under the Act. Capitalization will increase the principal balance on my loan(s) and the total amount of interest costs I must pay
F. I authorize the release of information pertinent to my loan(s): (i) by the school, the lender, and the guarantor, or their agents, to the references on the applicable loan(s) and to members of my immediate family unless I submit written directions otherwise; and (ii) by and among the schools, lenders, guarantors, the U.S. Department of Education (the Department), and their agents.
G. So that the loan(s) requested can be approved, I authorize the Department to send any information about me that is under its control, including information from the FAFSA, to the school, to the lender, and to state agencies and nonprofit organizations that administer financial aid programs under the FFELP. I understand that information reported on this MPN may be shared with the Department, and that the Department has the authority to verify that information with other federal agencies.
H. I authorize my lender to defer repayment of principal on my loan(s) based on my in-school status.

## Promise to Pay
*In this MPN, "lender" refers to, and this MPN benefits, the original lender and its successors and assigns, including any subsequent holder of this MPN.*

**20.** I promise to pay to the order of the lender all loan amounts disbursed (hereafter "loan" or "loans") under the terms of this Application and Master Promissory Note (hereafter "MPN"), plus interest and other charges and fees that may become due as provided in this MPN. I understand that multiple loans may be made to me under this MPN for the dependent identified in the Student Information Section. I understand that by accepting any disbursements issued at any time under this MPN, I agree to repay the loan(s). I understand that, within certain time frames, I may cancel or reduce the amount of any loan by refusing to accept or by returning all or a portion of any disbursement that is issued. Unless I make interest payments, interest that accrues on my loan(s) during deferment or forbearance periods or other periods will be added as provided under the Act to the principal balance of such loan(s). If I fail to make any payment on any loan made under this MPN when due, I will also pay reasonable collection costs, including but not limited to attorney's fees, court costs, and other fees. I will not sign this MPN before reading the entire MPN, even if I am told not to read it, or told that I am not required to read it. I am entitled to an exact copy of this MPN and the Borrower's Rights and Responsibilities Statement. My signature certifies I have read, understand, and agree to the terms and conditions of this MPN, including the Borrower Request, Certifications, and Authorizations printed above, the Notice About Subsequent Loans Made Under This MPN, and the Borrower's Rights and Responsibilities Statement.

**I UNDERSTAND THAT I MAY RECEIVE ONE OR MORE LOANS UNDER THIS MPN AND THAT I MUST REPAY ALL LOANS THAT I RECEIVE UNDER THIS MPN.**

| 21. Parent Borrower's Signature | *Amanda D Danuski* | 22. Today's Date (Month/Day/Year) | 10/30/07 |
|---|---|---|---|

3264B (08/07)   LENDER COPY A
FGL4UA

*Additional MPN provisions follow*

# RIDER TO PROOF OF CLAIM

1. The Creditor submits this Rider to the attached proof of claim.

2. Included with the proof of claim is a redacted copy of the loan agreement and note establishing Debtor's student loan debt.

3. Debtor's student loan debt is nondischargeable pursuant to section 523(a)(8) of title 11 of the United States Code. As such, Debtor's student loan debt will continue to accrue interest during the pendency of Debtor's bankruptcy case. The Creditor reserves the right to seek, either through its proof of claim or directly against Debtor, any fees, expenses and other costs recoverable under the agreements establishing the Debtor's student loan debt.

4. The Creditor further reserves the right to: (a) alter, amend, update, modify, supplement or otherwise revise this proof of claim in any respect at any time, including to add accrued interests and other recoverable costs and expenses; and (b) file additional proofs of claim for any other liability or indebtedness of Debtor. The Creditor specifically preserves all of its procedural and substantive defenses and rights with respect to any claim that may be asserted against the Creditor by Debtor or any other party in interest in Debtor's bankruptcy case, or any other person or entity whatsoever, including any challenge or defense to the jurisdiction of this Court over any such claim.

5. The filing of this proof of claim is not and should not be construed to be: (a) the Creditor's consent to this Court's jurisdiction for any matter that is beyond the constitutional authority of a bankruptcy court; (b) a waiver or release of the Creditor's rights against any other person liable for all or part of any claim described herein; or (c) a waiver of the right to seek to have the reference withdrawn with respect to any proceedings commenced in this case against or otherwise involving the Creditor (including with respect to any counterclaims to the claims asserted in this proof of claim).

| From: | web@pamb.uscourts.gov on behalf of PAMB Web |
|---|---|
| To: | PAMBml_fax |
| Subject: | EDSS filing from Jeanine Peterson for Amanda Danuski on Friday, May 27, 2022 - 12:54 |
| Date: | Friday, May 27, 2022 12:54:49 PM |

Submitted on Friday, May 27, 2022 - 12:54
Submitted by user: Anonymous
Submitted values are:

Filer's Name: Jeanine Peterson
Debtor's name (if different): Amanda Danuski
Filer's EMail Address: JPeterson@AscendiumEducation.org
Filer's Phone Number: 18008748982
Case number (if known): 19-05163
　==Documents==
　　Document 1:

http://www.pamb.uscourts.gov/system/files/webform/edss/19-05163%20Application%20with%20COS.pdf
　　Document description: Application Requesting Redaction of
　　Personal Information
　　==More Documents==
　　　Document 2:


http://www.pamb.uscourts.gov/system/files/webform/edss/19-05163%20Replacement%20document%20POC%20R.pdf
　　　　Document 2 description: Proposed Redacted POC document
　　　　Document 3:


http://www.pamb.uscourts.gov/system/files/webform/edss/19-05163%20Replacement%20document%20Exhibit%20R.pdf
　　　　Document 3 description: Proposed Redacted Exhibit document
　　　　Document 4:
　　　　Document 4 description:
　　　　Document 5:
　　　　Document 5 description:



By entering my name in the box below, I affirm that I am intending to sign
this form with my signature and consent to use this electronic form.: Jeanine
Peterson

Case 1:19-bk-05163-HWV    Doc 67    Filed 05/27/22    Entered 05/27/22 14:08:34    Desc
Main Document    Page 9 of 9