IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Amanda D. Danuski,     Case No. 1-19-bk-05163-HWV
   Debtor     Chapter 13

**CONSENT ORDER APPROVING THE PAYMENT OF COUNSEL FEES
TO CGA LAW FIRM AS A CHAPTER 13 ADMINISTRATIVE EXPENSES**

UPON CONSIDERATION OF a review of the Third Fee Application filed by Brent C. Diefenderfer, Esquire, counsel for the above Debtor on April 12, 2022, and upon a review of the record revealing that Notice was given to all creditors and other parties in interest, Brent C. Diefenderfer consents to reducing the fees by $22.00.

IT IS HEREBY ORDERED that after receipt of $1,850.00 from the Debtor, and $6,041.32 received from the Chapter 13 Trustee, the balance of $1,449.27 to be paid by the Chapter 13 Trustee through the Plan.

IT IS FURTHER ORDERED that to the extent that the approval of these fees underfund the Chapter 13 Plan, the Chapter 13 Trustee is directed to pay to the CGA Law Firm the amount available within the current Plan to the funding limit, with the unpaid balance either to be paid outside of the Plan or to be paid in the plan if an amended plan is requested and approved. In that event, the unpaid attorney's fees are not discharged, but will survive the Discharge of the Debtor(s) Chapter 13 case.

outside of the Plan or to be paid in the plan if an amended plan is requested and approved. In that event, the unpaid attorney's fees are not discharged, but will survive the Discharge of the Debtor(s) Chapter 13 case.

{02133462/1}